IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CUMBERLAND AND OHIO CO. ) <br> OF TEXAS, as Court-Appointed Receiver ) <br> of the assets of Mid-America Energy, Inc. ) <br> and Mid-America Oil & Gas, LLC, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> BRYAN S. COFFMAN and ) <br> DAVIS & COFFMAN, PLLC, ) <br>   ) <br> Defendants. ) <br>   ) | Case No. 3:09-cv-182 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion to Dismiss for Forfeiture of Receiver's Existence (Docket No. 41) is **DENIED.**

It is so ordered.

Enter this 9th day of December 2009.

ALETA A. TRAUGER
United States District Judge