IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CUMBERLAND AND OHIO CO. ) <br> OF TEXAS, as Court-Appointed Receiver ) <br> of the assets of Mid-America Energy, Inc. ) <br> and Mid-America Oil & Gas, LLC, *et al.* ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> BRYAN S. COFFMAN and ) <br> DAVIS & COFFMAN, PLLC, ) <br> ) <br> **Defendants.** ) <br> ) | Case No. 3:09-cv-182 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2)(3) and (6) (Docket No. 77) is **DENIED.** The court's previous Orders, specifically Docket Nos. 70 and 73, staying all discovery in this manner and continuing case management deadlines indefinitely remain in effect.

It is so ordered.

Enter this 21st day of May 2010.

ALETA A. TRAUGER
United States District Judge