IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CUMBERLAND AND OHIO CO. OF TEXAS ) <br> as Court-Appointed Receiver of the assets of ) <br> Mid-America Energy, Inc., and Mid-America ) <br> Oil & Gas, LLC, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRYAN S. COFFMAN and ) <br> DAVIS & COFFMAN, PLLC, ) <br> ) <br> Defendants. ) | Civil No. 3:09-0182 <br> Judge Trauger |

## **O R D E R**

A case management conference was held in this case on May 18, 2012. As a result of lengthy discussion at the conference, it is hereby **ORDERED** that the stay of discovery is **LIFTED**, and initial disclosures shall be made by the parties by June 22, 2012. No additional deadlines are set at this time. A case management conference will be held on July 30, 2012 at 11:30 a.m. in Judge Trauger's chambers.

It is so **ORDERED**.

ENTER this 18th day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge