# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CUMBERLAND AND OHIO CO. OF TEXAS as Court-Appointed Receiver of the assets of Mid-America Energy, Inc., and Mid-America Oil & Gas, LLC, *et al.*, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>BRYAN S. COFFMAN and <br>DAVIS & COFFMAN, PLLC, <br><br>　　　　Defendants. | Civil No. 3:09-0182 <br>Judge Trauger |

## **O R D E R**

A case management conference was held in this case on May 18, 2012. As a result of lengthy discussion at the conference, it is hereby **ORDERED** that the stay of discovery is **LIFTED**, and initial disclosures shall be made by the parties by June 22, 2012. No additional deadlines are set at this time. A case management conference will be held on July 30, 2012 at 11:30 a.m. in Judge Trauger's chambers.

It is so **ORDERED**.

ENTER this 18th day of May 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALETA A. TRAUGER
　　　　　　　　　　　　　　　　　　U.S. District Judge