IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CUMBERLAND AND OHIO CO. OF TEXAS ) <br> as Court-Appointed Receiver of the assets of ) <br> Mid-America Energy, Inc., and Mid-America ) <br> Oil & Gas, LLC, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRYAN S. COFFMAN and ) <br> DAVIS & COFFMAN, PLLC, ) <br> ) <br> Defendants. ) | Civil No. 3:09-0182 <br> Judge Trauger |

**O R D E R**

Pursuant to the Proposed Amended Case Management Order filed by the parties (Docket No. 126), it is hereby **ORDERED** that the parties shall file a joint mediation report by December 17, 2012 that informs the court of the date on which they have scheduled a mediation with a mediator on the court's panel. If the parties need to hire a mediator in Indiana, they must file a motion with the court, seeking permission to use the mediator, accompanied by his or her résumé showing that that person is a trained mediator.

The case management conference scheduled for November 26, 2012 is **CONTINUED**, to be reset, if appropriate, following the mediation.

It is so **ORDERED**.

ENTER this 21st day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge